IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN WILLIAM WALLACE,　　　　　　　　　　No. C 10-80120 WHA

　　　　Plaintiff,

　v.　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

UNITED STATES DEPARTMENT OF
DEFENSE, *et al.*,

　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　／

　　　For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff.  The Clerk **SHALL CLOSE THE FILE**.

　　　**IT IS SO ORDERED.**

Dated: June 14, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE